UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Kimberly Mosley              :    Chapter 13

          Debtor        :    No. 16-14020- elf

**PRAECIPE TO CHANGE DEBTOR'S ADDRESS**

TO THE CLERK:

    Kindly change the Debtor's address on the docket to to 383 Brittany Court, Souderton, PA  18964.

                Respectfully submitted:

                **WATERMAN & MAYER, LLP.**

Dated: November 19, 2018          By:___*/s/ Scott F. Waterman*_____
                                        SCOTT F. WATERMAN, ESQUIRE
                                        Attorney for Debtor
                                        110 W. Front Street
                                        Media, PA  19063
                                        (610) 566-6177 Phone
                                        (610) 892-6991 Fax