## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: Kimberly N. Mosley             :  Chapter 13

                         :

            Debtor      :

                         :  No. 16-14020-elf

## O R D E R

AND NOW, this ___9th___ day of ___January 2019___ upon consideration of Debtor's Motion to Approve Sale of Real Estate, it is hereby **ORDERED** that the Motion is **GRANTED.**

Pursuant to 11 U.S.C. §§363 and 1303, the Debtor is authorized to sell her property  located at 214 Pine Road, Wallingford, Delaware County, PA  19086; and the Debtor is further authorized to complete the sale, pay off any and all liens on the property including the mortgage owed to Polenia Bank (or its assignee), to allow for clear title and pay any associated closing costs, and real estate commissions and execute any and all documents in furtherance of the sale without further order of the Court.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**