United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kimberly N. Mosley
    Debtor

Case No. 16-14020-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Jan 10, 2019
                      Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2019.
db         +Kimberly N. Mosley,   383 Brittany Court,   Souderton, PA 18964-2077

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Jan 11 2019 02:54:12    City of Philadelphia,
         City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept.,   1515 Arch Street 15th Floor,
         Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2019 02:53:43
         Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
         Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 11 2019 02:53:58    U.S. Attorney Office,
         c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
NONE        +E-mail/Text: duffyk@co.delaware.pa.us Jan 11 2019 02:54:16    Delaware County Tax Claim Bureau,
         Government Center,   201 W. Front Street,   Media, PA 19063-2708
                                                                                                                                                                TOTAL: 4

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2019 at the address(es) listed below:
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    POLONIA BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
         PATRICIA M. MAYER    on behalf of Debtor Kimberly N. Mosley pmayer.esq@comcast.net, nydia.ramirez@comcast.net
         STEPHEN VINCENT BOTTIGLIERI    on behalf of    Delaware County Tax Claim Bureau steve@bottiglierilaw.com, ecfnotices@comcast.net
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                              TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Kimberly N. Mosley | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | No. 16-14020-elf |

**O R D E R**

AND NOW, this __9th__ day of __January 2019__ upon consideration of Debtor's Motion to Approve Sale of Real Estate, it is hereby **ORDERED** that the Motion is **GRANTED.**

Pursuant to 11 U.S.C. §§363 and 1303, the Debtor is authorized to sell her property located at 214 Pine Road, Wallingford, Delaware County, PA 19086; and the Debtor is further authorized to complete the sale, pay off any and all liens on the property including the mortgage owed to Polenia Bank (or its assignee), to allow for clear title and pay any associated closing costs, and real estate commissions and execute any and all documents in furtherance of the sale without further order of the Court.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**