**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Kimberly N. Mosley | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | No. 16-14020-elf |

**CERTIFICATE OF SERVICE**

I, Patricia M. Mayer, Esquire, do hereby certify that a true and correct copy of the Debtor's Motion for Relief from Automatic Stay for Divorce Action, a proposed form of Order and the Notice of Response Deadline and Hearing Date was served via electronic means or United States mail, postage paid, on this 8th day of February 2019 on the following and all those listed on the matrix:

William C. Miller, Esquire
Chapter 13 Standing Trustee
PO Box 1229
Philadelphia, PA 19105

Kimberly N. Mosley
214 Pine Road
Wallingford, PA 19086

/s/ Patricia M. Mayer
Patricia M. Mayer, Esquire
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067
215-493-4300
Counsel for Debtor