**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Kimberly N. Mosley | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | No. 16-14020-elf |

**CERTIFICATION OF NO OBJECTION**

    I, Patricia M. Mayer, counsel for debtor, hereby certify that no answer, objection, request for hearing or other response was received to the Debtor's Motion for Relief from Automatic Stay to proceed with Divorce Action filed by Attorney for Debtor within the time period allowed by law.

    /s/ Patricia M. Mayer
Patricia M. Mayer, Esquire
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067
(215) 493-4300
Counsel for Debtor

Dated:  February 25, 2019