## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: Kimberly N. Mosley : Chapter 13
: 
      Debtor :
: No. 16-14020-elf

## ORDER

**AND NOW** this __5th__ day of _____March_____ , 2019 upon consideration of the Debtor's Motion for Relief from the Automatic Stay and any response filed thereto and for good cause shown, it is **HEREBY ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the automatic stay of all proceedings, as provided under 11 U.S.C. §362(d)(1) is hereby lifted and that all parties are permitted to proceed in the pending divorce action, including the equitable distribution claim in the Court of Common Pleas of Delaware County Pennsylvania, captioned: <u>Joseph Mosley vs. Kimberly Elgin Mosley</u>, CV No. 2017-005108.

**IT IS FURTHER ORDERED** that Rule 4001(a)(3) is not applicable and the parties may immediately implement this order granting relief from the automatic stay.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**