United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14020-elf
Kimberly N. Mosley                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore          Page 1 of 1           Date Rcvd: Mar 05, 2019
                             Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.
db              +Kimberly N. Mosley,    383 Brittany Court,    Souderton, PA 18964-2077

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Mar 06 2019 03:09:51      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2019 03:09:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 06 2019 03:09:46      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE            +E-mail/Text: duffyk@co.delaware.pa.us Mar 06 2019 03:09:53      Delaware County Tax Claim Bureau,
                 Government Center,    201 W. Front Street,    Media, PA 19063-2708
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    POLONIA BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Prudential Bank bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              PATRICIA M. MAYER    on behalf of Debtor Kimberly N. Mosley patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of    Delaware County Tax Claim Bureau
               steve@bottiglierilaw.com, ecfnotices@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Kimberly N. Mosley              :    Chapter 13
                                       :
          Debtor                       :
                                       :    No. 16-14020-elf

## ORDER

**AND NOW** this __5th__ day of __March__, 2019 upon consideration of the Debtor's Motion for Relief from the Automatic Stay and any response filed thereto and for good cause shown, it is **HEREBY ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the automatic stay of all proceedings, as provided under 11 U.S.C. §362(d)(1) is hereby lifted and that all parties are permitted to proceed in the pending divorce action, including the equitable distribution claim in the Court of Common Pleas of Delaware County Pennsylvania, captioned: <u>Joseph Mosley vs. Kimberly Elgin Mosley</u>, CV No. 2017-005108.

**IT IS FURTHER ORDERED** that Rule 4001(a)(3) is not applicable and the parties may immediately implement this order granting relief from the automatic stay.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**