# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Kimberly N. Mosley | Debtor(s) | CHAPTER 13 |
| PRUDENTIAL BANK | Movant | |
| vs. | | NO. 16-14020 JKF |
| Kimberly N. Mosley | Debtor(s) | |
| Joseph T. Mosley | Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq. | Trustee | |

## ORDER

AND NOW, this 20th day of March, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay of all proceedings is **granted** and the automatic stay under 11 U.S.C. Section 362 and the co-debtor stay under Secion 1301 of the Bankruptcy Code, are **modified** with respect to the subject premises located at 214 Pine Road, Wallingford, PA 19086 ("Property), as to Movant, its successors or assignees to permit the Movant to exercise its *in rem* remedies under applicable nonbankruptcy law.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Kimberly N. Mosley
383 Brittany Court
Souderton, PA 18964

Joseph T. Mosley
383 Brittany Court
Souderton, PA 18964


Patricia M. Mayer
Patricia M. Mayer, PC
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067.

William C. Miller Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532