# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | Chapter 13 |
| | : | |
| **KIMBERLY MOSLEY** | : | Case No. 16-14020 (ELF) |
| | : | |
| Debtor. | : | |
| | : | |

## SUBSTITUTION OF COUNSEL, ENTRY OF APPEARANCE, AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Michael D. Vagnoni, Esquire of Obermayer Rebmann Maxwell & Hippel LLP hereby enters his appearance on behalf Prudential Bank pursuant to Local Rule 5.1(a) and (c) in substitution of Kevin G. McDonald, Esquire, of KML Law Group, P.C., who hereby withdraws his respective appearance. The undersigned hereby respectfully requests that all notices given or required to be given and all papers served or required to be served, in this case be given to and served upon:

> Michael D. Vagnoni, Esquire
> OBERMAYER REBMANN MAXWELL & HIPPEL LLP
> Centre Square West
> 1500 Market Street, Suite 3400
> Philadelphia, PA 19102
> michael.vagnoni@obermayer.com
> (215) 665-3066 – Telephone
> (215) 665-3165 – Facsimile

Respectfully submitted,

Dated: March 20, 2019    By:    /s/ Michael D. Vagnoni
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
215-665-3066 – Telephone
michael.vagnoni@obermayer.com
*Counsel to Prudential Bank*

[SIGNATURES CONTINUED ON NEXT PAGE]

4820-7256-0524

Dated: March 20, 2019                    By: /s/ Kevin McDonald
                                                          Kevin McDonald, Esquire
                                                          KML LAW GROUP, P.C.
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA 19106-1532
                                                          215-627-1322 – Telephone
*Former counsel to Counsel to Prudential Bank*

4820-7256-0524