United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-14020-elf
Kimberly N. Mosley                                             Chapter 13
            Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore        Page 1 of 1              Date Rcvd: Mar 20, 2019
                              Form ID: pdf900         Total Noticed: 5
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
db            +Kimberly N. Mosley,    383 Brittany Court,    Souderton, PA 18964-2077

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 21 2019 02:26:28     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2019 02:25:58
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 21 2019 02:26:20     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE           +E-mail/Text: duffyk@co.delaware.pa.us Mar 21 2019 02:26:40     Delaware County Tax Claim Bureau,
                Government Center,    201 W. Front Street,    Media, PA 19063-2708
                                                                                          TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019

Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2019 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    POLONIA BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor     Prudential Bank bkgroup@kmllawgroup.com
              LEONARD B. ALTIERI, III    on behalf of    Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              PATRICIA M. MAYER    on behalf of Debtor Kimberly N. Mosley patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 7
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Kimberly N. Mosley | | |
| | Debtor(s) | CHAPTER 13 |
| PRUDENTIAL BANK | | |
| | Movant | |
| vs. | | |
| | | NO. 16-14020 JKF |
| Kimberly N. Mosley | | |
| | Debtor(s) | |
| Joseph T. Mosley | | |
| | Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq. | | |
| | Trustee | |

### ORDER

AND NOW, this  20th day of     March    , 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay of all proceedings is **granted** and the automatic stay under 11 U.S.C. Section 362 and the co-debtor stay under Secion 1301 of the Bankruptcy Code, are **modified** with respect to the subject premises located at 214 Pine Road , Wallingford, PA 19086 ("Property), as to Movant, its successors or assignees to permit the Movant to exercise its *in rem* remedies under applicable nonbankruptcy law.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Kimberly N. Mosley
383 Brittany Court
Souderton, PA 18964

Joseph T. Mosley
383 Brittany Court
Souderton, PA 18964


Patricia M. Mayer
Patricia M. Mayer, PC
301 Oxford Valley Road, Suite 203B
Yardley, PA 19067.

William C. Miller Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532