United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14020-elf
Kimberly N. Mosley                                                        Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Dec 06, 2019
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.
13771167        +TD Auto Finance LLC,    PO Box 16041,   Lewiston, ME 04243-9523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    POLONIA BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LEONARD B. ALTIERI, III    on behalf of    Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Prudential Bank michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;vanja.moraca@obermayer.com;angela.bagl
               anzis@obermayer.com;helen.belair@obermayer.com
              PATRICIA M. MAYER    on behalf of Debtor Kimberly N. Mosley patriciamayerpc@gmail.com,
               nydia.ramirez@comcast.net;mayerpr86037@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-14020-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Kimberly N. Mosley
383 Brittany Court
Souderton PA 18964

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/05/2019.

Name and Address of Alleged Transferor(s):

Claim No. 4: TD Auto Finance LLC, PO Box 16041, Lewiston, ME 04243

Name and Address of Transferee:

JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/08/19

Tim McGrath
**CLERK OF THE COURT**