UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    Kimberly Mosley,                        :      Chapter 13
        Debtor.                             :
                                                    :      Bankruptcy No. 16-14020elf

### ENTRY/WITHDRAW OF APPEARANCE BY DEBTOR'S COUNSEL

To the Clerk:

Kindly withdraw my appearance on behalf of the debtor, Kimberly Mosley, in the above-referenced matter.

                                          /s/ Patricia M. Mayer
                                          Patricia M. Mayer, Esquire
                                          PATRICIA M. MAYER, PC
                                          301 Oxford Valley Road, Suite 203B
                                          Yardley, PA 19067
                                          215-493-4300

Kindly enter my appearance on behalf of the debtor, Kimberly Mosley, in the above-referenced matter.

                                          /s/ Howard Gershman
                                          Howard Gershman, Esquire
                                          Gershman Law Offices, PC
                                          610 York Road, Suite 200
                                          Jenkintown, PA 19046
                                          215-886-1120