UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

KIMBERLY N. MOSELY            NO. 16-14020 ELF
    Debtor                      CHAPTER 13

ORDER GRANTING MOTION
TO WITHDRAW AS COUNSELF OR DEBTOR

IT IS ORDERED, that for good cause shown, the Motion of Howard Gershman, Esquire/Gershman Law Offices PC, to withdraw as counsel for Debtor, Kimberly N. Mosley, is granted effective this date.

Date: 1/30/20

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**