```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania

In re:                                                              Case No. 16-14020-elf
Kimberly N. Mosley                                                  Chapter 13
         Debtor                   CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore              Page 1 of 2              Date Rcvd: Jan 30, 2020
                             Form ID: pdf900              Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
db             #+Kimberly N. Mosley,    383 Brittany Court,    Souderton, PA 18964-2077
13739614        +AR Resources, Inc.,    P.O. Box 1056,    Blue Bell, PA 19422-0287
13804862         Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13739617       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit,    Po Box 62180,    Colorado Springs, CO 80962)
13739620        +Polonia Bank,    3993 Huntingdon Pike,    Huntingdon Valley, PA 19006-1932
13739621       #+Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
13771167        +TD Auto Finance LLC,    PO Box 16041,    Lewiston, ME 04243-9523
13771164        +TD Auto Finance LLC,    c/o Schiller Knapp Lefkowitz,    & Hertzel LLP,
                 950 New Loudon Road, Suite 109,    Latham, NY 12110-2190
13739623        +TD Auto Financial,    Td Auto Finance,    Po Box 551080,    Jacksonville, FL 32255-1080
13739624         US Department of Education,    National Payment Center,    P.O. Box 105028,
                 Atlanta, GA 30348-5028
13822945         US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
13739625        +Wilmington University,    320 Dupont Highway,    New Castle, DE 19720-6491

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 31 2020 03:01:44       City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2020 03:01:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 31 2020 03:01:35       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE           +E-mail/Text: duffyk@co.delaware.pa.us Jan 31 2020 03:01:48       Delaware County Tax Claim Bureau,
                 Government Center,    201 W. Front Street,    Media, PA 19063-2708
13739615       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 31 2020 03:06:54       Capital One,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
13760644        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 31 2020 03:06:31
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13739616        E-mail/Text: duffyk@co.delaware.pa.us Jan 31 2020 03:01:48       Delaware County Tax Claim Bureau,
                 201 W. Front Street,    Government Center Building,    Media, PA 19063-2768
13739618       +E-mail/Text: cio.bncmail@irs.gov Jan 31 2020 03:01:11       Internal Revenue Service,
                 600 Arch Street,    Philadelphia, PA 19106-1695
14435540        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 31 2020 03:01:33       JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,    St Cloud MN 56302
13739619       +E-mail/Text: bncnotices@becket-lee.com Jan 31 2020 03:01:10       Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
13795789       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 31 2020 03:01:28       MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
13739622       +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:06:53       Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    PO Box 7999,
                 St Cloud, MN 56302-9617)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2                   Date Rcvd: Jan 30, 2020
                              Form ID: pdf900              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:

```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    POLONIA BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          HOWARD   GERSHMAN    on behalf of Debtor Kimberly N. Mosley hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          LEONARD B. ALTIERI, III   on behalf of    Delaware County Tax Claim Bureau
           laltieri@toscanigillin.com
          MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC kcollins@schillerknapp.com,
           acarmany@schillerknapp.com;bfisher@schillerknapp.com
          MICHAEL D. VAGNONI    on behalf of Creditor    Prudential Bank michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;angela.baglanzis@obermayer.com;helen.b
           elair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

KIMBERLY N. MOSELY            NO. 16-14020 ELF
    Debtor                          CHAPTER 13

ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL OR DEBTOR

IT IS ORDERED, that for good cause shown, the Motion of Howard Gershman, Esquire/Gershman Law Offices PC, to withdraw as counsel for Debtor, Kimberly N. Mosley, is granted effective this date.

Date: 1/30/20

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE