B2830 (Form 2830) (04/19)

# UNITED STATES BANKRUPTCY COURT

_____Eastern_____ District Of __Pennsylvania__

SEP 2 8 2021

In re __Kimberly N. Mosley__          Case No. __16-14020-elf__
         Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

\* Amounts are subject to adjustment on 4/01/22, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

*Part IV. Debtor's Signature*

    I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on   9/28/21           _____
               Date                                             Debtor

**VIA FIRST CLASS MAIL**
Clerk's Office
United States Bankruptcy Court
For the Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

RE:  **In Re Kimber N. Mosley, Case No. 16-14020-elf**

Dear Sir/Madam:

Enclosed for filing in the above-listed matter is a Chapter 13 Debtor's Certificate Regarding Domestic Support Obligations and Section 522(q), along with a Certificate of Notice. Kindly return a time-stamped copy of the attached in the pre-addressed, stamped envelope which is enclosed.
Thank you.

Kimberly N. Mosley

Enclosure

cc:     William C. Miller
        Brian Craig Nicholas
        Leonard B. Altieri, III
        **Martin A. Mooney**
        Michael D. Vagnoni